Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___



FILED
CLERK, U.S. DISTRICT COURT
AUG - 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GENES INDUSTRY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE COMPONENTS SPECIALIST, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. SACV 04-408 JVS (MLGx)<br><br>[PROPOSED] JUDGMENT AGAINST GENES INDUSTRY, INC.<br><br>Date: August 8, 2005<br>Time: 1:30 p.m.<br>Ctrm: 10C |

✓ Docketed
X Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

ENTERED
AUG 1 1 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

This action came on for hearing on August 8, 2005, on motion for summary judgment brought by defendant Advance Components Specialist, Inc. ("ACS") against plaintiff Genes Industry, Inc. ("Genes") before the above-entitled Court, the Honorable James V. Selna presiding.

After consideration of the papers filed in support of and in opposition to ACS' motion for summary judgment, and having heard the oral argument of

///
///



[PROPOSED] ORDER

CHRISTIE, PARKER & HALE, LLP

counsel,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. ACS' motion for summary judgment against Genes is granted.
2. Judgment is entered in favor of ACS and against Genes.

DATED: _8.8.05_   _____
Honorable James V. Selna

Respectfully submitted by,

D. JAY RITT, CA Bar No. 138661
TIFFANY W. TAI, CA Bar No. 193271
BENSINGER, RITT & TAI, LLP
A Limited Liability Partnership
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Telephone: (626) 685-2550
Facsimile: (626) 685-2562
ritt@brtlawyers.com
tai@brtlawyers.com

HOWARD A. KROLL, CA Bar No. 100981
GREGORY S. LAMPERT, CA Bar No. 150032
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
howard.kroll@cph.com

Attorneys for Defendant,
ADVANCE COMPONENTS SPECIALIST, INC.

JH PAS631336.1-*-07/1/05 1 38 PM

[PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 65 North Raymond Avenue, Suite 320, Pasadena, California 91103.

On **July 8, 2005**, I served the foregoing document(s) described as: **[PROPOSED] JUDGMENT AGAINST GENES INDUSTRY, INC.** on the interested party in this action by placing a true [X] copy [] original thereof enclosed in a sealed envelope addressed as follows:

**John D. Tran
William L. Buus
Oswald & Yap
16148 Sand Canyon Avenue
Irvine, California 92618**

[] **(BY MAIL)**: I caused such envelope(s) to be deposited in the mail at Pasadena, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **(BY PERSONAL DELIVERY)**: I caused such envelope containing the foregoing document to be hand delivered to the individual(s) listed above.

[] **(BY OVERNIGHT COURIER)**: I caused the above-referenced document(s) to be delivered to Federal Express for next day delivery to the above address(es).

[] **(BY FACSIMILE MACHINE)**: I caused such document and each page thereof to be faxed from transmission fax number (626) 685-2562 to the fax number(s) listed above. I received confirmation generated by the facsimile machine that all pages of the document were properly transmitted to said facsimile number(s).

Executed on **July 8, 2005**, at Pasadena, California

[] **(STATE)**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)**: I declare under the penalty of perjury under the laws of the United States that the above is true and correct.

_____
Cathy Washington