Name: John D. Tran (#231761), OSWALD & YAP
Address: 16148 Sand Canyon Avenue
City, State, Zip: Irvine, CA 92618
Phone: 949/788-8900
Fax: 949/788-8980
E-Mail: jdt@oswald-yap.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

Bill ____
Fees Pd ✓
Frms Gvn ✓
CAD ✓
TDO ____
Ntc/Dkt Mld ____
FP Frms Gvn ____

FILED 2005 SEP -2 PM 2:41
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SCANNED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GENES INDUSTRY, INC., a California corporation,

PLAINTIFF(S),

v.

ADVANCED COMPONENTS SPECIALIST, INC.

DEFENDANT(S).

CASE NUMBER: SACV 04-408-JVS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____GENES INDUSTRY, INC._____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(b)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(c)(5)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Summary Judgment

☐ Other (specify):

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.
DATED: SEP -9 2005
DEPUTY CLERK

Entered in this action on _____August 9, 2005_____.

A copy of said judgment or order is attached hereto.

8/25/05
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (10/01)   NOTICE OF APPEAL

DOCKETED ON CM
SEP -8 2005
BY _____ 029

ORIGINAL

95

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, CA 92618.

On September 2, 2005, at Oswald & Yap, 16148 Sand Canyon Avenue, Irvine, California, Orange County, CA 92618, following ordinary business practices, I served the attached **NOTICE OF APPEAL** on all parties in this action as follows:

D. Jay Ritt, Esq.
Tiffany W. Tai, Esq.
BENSINGER, RITT & TAI
65 North Raymond Ave, Suite 320
Pasadena, CA 91103
(626) 685-2550
Fax (626) 685-2562

Howard A. Kroll, Esq.
Gregory S. Lampert, Esq.
CHRISTIE PARKER HALE LLP
350 West Colorado Blvd, Suite 500
Pasadena, CA 91105
(626) 795-9900
Fax (626) 577-8800

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in the affidavit.

[ ] **BY FACSIMILE:** I caused the above-referenced document(s) to be transmitted to the above-named persons at aforereferenced facsimile number.

[ ] **BY OVERNIGHT CARRIER:** I caused the above-referenced documents to be delivered to an overnight courier service (Federal Express) for delivery to the above address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 2, 2005, at Irvine, California.

Patricia Tonti-Mace

78327.2

**SERVICE LIST**
**Case No. SA CV 04-408JVS(MLGx)**

Attorneys for Plaintiff,
Genes Industry, Inc.:

William L. Buus, Esq.
John D. Tran, Esq.
OSWALD & YAP
16148 Sand Canyon Avenue
Irvine, CA 92618
(949) 788-8900
Fax (949) 788-8980


Attorneys for Defendant,
Advanced Components Specialist, Inc.:

D. Jay Ritt, Esq.
Tiffany W. Tai, Esq.
BENSINGER, RITT & TAI
65 North Raymond Ave, Suite 320
Pasadena, CA 91103
(626) 685-2550
Fax (626) 685-2562


Attorneys for Defendant,
Advanced Components Specialist, Inc.:

Howard A. Kroll, Esq.
Gregory S. Lampert, Esq.
CHRISTIE PARKER HALE LLP
350 West Colorado Blvd, Suite 500
Pasadena, CA 91105
(626) 795-9900
Fax (626) 577-8800