# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

06-1039 - GENES INDUSTRY V ADVANCED COMPONENT



FILED
CLERK, U.S. DISTRICT COURT
NOV 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date of docketing:    10/27/05

Appeal from:  United States District Court/ Central District of California
case no. 04-CV-408

Appellant(s):  ADVANCED COMPONENTS SPECIALIST, INC.

Critical dates include:
   Date of docketing.  See Fed. Cir. R. 12.
   Entry of appearance.  See Fed. Cir. R. 47:3.
   Certificate of interest.  See Fed. Cir. R. 47.4.
   Docketing Statement.  (Due within 14 days of the date of docketing.)   See the en banc order
      dated August 1, 2005.  [Counsel can download a copy of the order and guidelines at
      www.fedcir.gov.]
   Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not
      favored by the court.**
   Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from
      the Clerk's Office.**
   Settlement discussions.  See Fed. Cir. R. 33.
   Oral argument schedule conflicts.  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments:
   Official caption to all.
   Docketing Statement.  (Only in cases where all parties are represented by counsel.)
   Rules of Practice to pro se parties.  [Counsel can download the rules from www.fedcir.gov or call
      202.633.6550.]
   Entry of appearance form to all.
   Informal brief form to pro se parties.
   Transcript Purchase Order form to appellants.
   Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants
      owing the docketing fee.


Jan Horbaly
Clerk


cc:    US District Court, CD/CA
       Tiffany W. Tai
       John D. Tran



DOCKETED ON CM
NOV 2 2005
017

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

06-1039

GENES INDUSTRY, INC.,

Plaintiff-Appellee,

v.

ADVANCED COMPONENTS SPECIALIST, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Central District of California in case no. 04-CV-408, Judge James V. Selna.

Authorized Abbreviated Caption[2]

GENES INDUSTRY v ADVANCED COMPONENT, 06-1039

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.


