NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

06-1039

GENES INDUSTRY, INC.,

Plaintiff-Appellee,

v.

ADVANCED COMPONENTS SPECIALIST, INC.

Defendant-Appellant.

ON MOTION

<u>ORDER</u>

Upon consideration of the parties' joint motion to dismiss this appeal, from the judgment of the United States District Court for the Central District of California in district court case no. 04-408-SACV-JVS

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 2 7 2006

Date

Jan Horbaly
Clerk



---

\* The parties also move to dismiss Genes Industry, Inc.'s appeal. That appeal has not yet been docketed. When the Court of Appeals for the Ninth Circuit transmits that appeal to this court and that appeal is docketed, the parties should jointly move to dismiss that additional appeal. Further, we note that the parties request that the appeals be dismissed with prejudice. It is not the general practice of the court to designate a dismissal as being with or without prejudice.

110

cc: John D. Tran, Esq.
Tiffany W. Tai, Esq.

s8

ISSUED AS A MANDATE: **JAN 2 7 2006**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 7 2006

JAN HORBALY
CLERK



CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By:_____ Date: JAN 2 7 2006